IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 13-cr-00077-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    WILMA HAU;**
**2.    REMIGIO RAFAEL HAU CHI,**

       Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on the Motion for Leave to Restrict Document **(#57)**, Parties Joint Motion to Continue Change of Plea Hearings Set for July 22, 2013 and Sentencing Hearings Set for October 15 & 21, 2013 **(#59)**, and Joint Motion for Order to Remove Restriction on Document 59 But Retain Level 2 Restriction on Document 59-1**(#60)**. Having reviewed the motions,

**IT IS ORDERED** that:

1.    The Motion at **#59** is **GRANTED** and the hearings set for July 22, 2013, October 15, 2013 and October 21, 2013, are **VACATED**. Counsel shall contact chambers on or before July 24, 2013, to reset the hearings.

2.    The Motion at **#57** is **GRANTED** as to Document #58.

3.    The Motion at **#60** is **GRANTED** and the Clerk is directed to life the restriction on Document 59 but retain the Level 2 restriction on Document 59-1.

DATED this 22nd day of July, 2013.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge